No. 00–563. COTTER ET AL. *v.* MASSACHUSETTS ASSOCIATION OF MINORITY LAW ENFORCEMENT OFFICERS ET AL. C. A. 1st Cir. Certiorari denied. 

No. 00–566. WILLIS *v.* SCHOOL BOARD OF ST. LUCIE COUNTY ET AL. C. A. 11th Cir. Certiorari denied. 

No. 00–578. JESSUP ET AL. *v.* AMERICAN KENNEL CLUB, INC., ET AL. C. A. 2d Cir. Certiorari denied. 

No. 00–583. WARD *v.* HERITAGE MEDIA CORP. C. A. 8th Cir. Certiorari denied. 

No. 00–589. BERG *v.* COUNTY OF ALLEGHENY ET AL.; and No. 00–774. WOLFGANG *v.* BERG. C. A. 3d Cir. Certiorari denied. Reported below: 219 F. 3d 261.

No. 00–598. HELLWIG *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied. 

No. 00–600. RYAN'S FAMILY STEAK HOUSES, INC., ET AL. *v.* FLOSS ET AL. C. A. 6th Cir. Certiorari denied. 

No. 00–601. SHARP ELECTRONICS CORP. *v.* DEUTSCHE FINANCIAL SERVICES CORP. C. A. 4th Cir. Certiorari denied. ██ 

No. 00–604. PUMMILL *v.* TEXAS, NEW MEXICO & OKLAHOMA COACHES, INC. C. A. 5th Cir. Certiorari denied. 

No. 00–608. DIAMOND *v.* CITY OF TAFT. C. A. 9th Cir. Certiorari denied. 

No. 00–612. VOLUNTEERS OF AMERICA OKLAHOMA, INC. *v.* JOHNSTON ET AL. C. A. 10th Cir. Certiorari denied. 

No. 00–615. BROOKS *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied. 

No. 00–618. WOODFORD, WARDEN *v.* JACKSON; and No. 00–621. JACKSON *v.* WOODFORD, WARDEN. C. A. 9th Cir. Certiorari denied. Reported below: 211 F. 3d 1148.